IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| TIA TAYLOR | | |
| 2507 W. 46th street | | |
| Chicago, Il 60632 | ) | |
|     Plaintiff | ) | |
|     v. | ) | Case No.  15-CV-07855 |
| METROPOLITAN WATER RECLAMATION | ) | The Honorable Judge Dow, Jr |
| DISTRICT OF GREATER CHICAGO | ) | |
| 100. East Erie | ) | |
| Chicago, Il 60611 | ) | |
|     Defendant | ) | |
| | ) | |

**<u>AMENDED COMPLAINT OF EMPLOYMENT DISCRIMINATION</u>**

Now comes the Plaintiff, Ms. Tia Taylor, by and through pro se litigation hereby amends this complaint as follows:

On October 16. 2015 Plaintiff filed original complaint of employment discrimination based on

1. The Plaintiff Ms. Taylor brings this Title VII employment discrimination suit against her employer Metropolitan Water Reclamation District of Greater Chicago and all defendants therein.
2. Plaintiff alleges the basis for the employment discrimination are:
Pregnancy discrimination
Harassment
Sexual Harassment
Demotion
3. Plaintiff claims are discrimination based on gender and color.

## PARTIES

1. The parties are the Plaintiff Tia Taylor Maintenance Laborer A Shift.
2. The Defendant Metropolitan Water Reclamation District of Greater Chicago.

## BACKGROUND

The Plaintiff filed a complaint on October 16, 2015. The Plaintiff claims that she started working at Metropolitan Water Reclamation District of Greater Chicago on July 29, 2009. The Plaintiff claims that beginning in April 2010, her foreman made disparaging remarks to Plaintiff. Plaintiff claims that in December 2010 she requested light duty for pregnancy and was not given light duty. Plaintiff claims that she was written up for absence even though she had notified defendant of absence. Plaintiff claims that she was subjected to stressful working conditions. Plaintiff claims that she was forced to wear a yellow plastic suit by her foreman even when not required. Plaintiff claims that she was denied gas mileage reimbursement. Plaintiff claims she became depressed and worried about threats of being fired from job. Plaintiff claims she was harassed by her supervisor. Plaintiff claims she was sexually harassed by her co-worker Franklin Enyard. Plaintiff claims she was demoted. Plaintiff claims was confronted by Franklin Enyard again. Plaintiff claims her request for a transfer were ignored. Plaintiff claims that she was denied personal protective equipment. Plaintiff claims that her work assignments were not fair. Plaintiff filed complaints with the EEOC and the department of Human Rights. Plaintiff alleges that the Defendant violated Title VII by discriminating against her based on color, sex, pregnancy, and by failing to stop harassment against her. The facts for those allegations to support those claims were that she was denied light duty while pregnant, demoted after complaining about sexual harassment, denied gas mileage reimbursement and harassed verbally and sexually.

**AMENDMENTS REQUESTED**

Plaintiff is requesting that retaliation and discrimination based on hostile work environment be added to her complaint. Since filing her complaints with the Defendant, The Department of Human Rights and EEOC, the plaintiff is alleging that the Defendant has retaliated against her with a barrage of charges and suspensions. The Plaintiff alleges she has been subjected to a hostile working environment daily since filing lawsuit.

The Plaintiff facts for the Plaintiffs claims are:

1. The Plaintiff was confronted by Franklin Enyard a second time on May 30, 2014 the defendant promoted the plaintiff on June 4, 2015. The Defendant informed the Plaintiffs new supervisor of previous complaints of sexual harassment complaints filed by Plaintiff. On August 8, 2014, the Plaintiff was given an employee warning notice for yelling for help from Franklin Enyard. The employee warning notice was given by Micheal Shukin. The Plaintiff claims retaliation was the cause. The Plaintiff is asking that the Defendant remove this employee warning notice from her work record and that the warning be deemed invalid. The Plaintiff is also asking that the Defendant pay compensatory damages for retaliation.

2. The Plaintiff claims that proper protective equipment was denied to her. Plaintiff claims retaliation. She forced to work in dangerous conditions without proper safety procedures being followed. September 25, 2014. The Plaintiff claims she was involved in an accident because proper protective equipment was denied and proper safety procedures being followed. The Defendants police offense/incident report for the

accident on September 25, 2014 stated false claims that were supposedly confirmed by Plaintiff. The Plaintiff claims are based on gender discrimination. The Plaintiff is seeking that all proper safety procedures be followed and that a corrected report be made to reflect factual statements of the accident. The Plaintiff is seeking compensatory damages for slanderous complaint written by defendant.

3. The Plaintiffs requested transfer was granted on June 28, 2015. The Plaintiff was transferred to the Stickney Plant. The Plaintiff claims that she was the only woman in the crew. The Defendant has subjected her to hostile working conditions, discrimination since filing lawsuit. Plaintiff alleges that since working at the Stickney Plant from June 28, 2015 until present day she has been subjected to hostile working conditions. The Plaintiff claims that she has been denied personal protective equipment including a box of latex gloves, a yellow plastic suit, a gas meter, and a ladder. The Plaintiff claims are based on gender discrimination and retaliation. The Plaintiff is seeking an injunction to stop harassment in the hostile working environment and compensatory and punitive damages for subjecting her to a hostile working conditions.

4. The Plaintiff claims that on September 8, 2015 she was harassed by her supervisor Ramon Adams. Plaintiff claims that she went to Ramone Adams supervisor Derrick Stinson and requested that he send an email to Human Resources for a harassment complaint. Plaintiff was suspended on November 16, 2015 (one day suspension) for intimidating her supervisor, violating the workplace violence administrative procedure policy, and employee conduct policy. The Plaintiff claims that no warning was given. The Plaintiff was offered a settlement agreement and release which included a

statement that if the Plaintiff agreed to waive all claims or appeal rights regarding or relating to the warning she wouldn't be suspended. The Plaintiff states that the claim is gender discrimination, retaliation and hostile work environment. The Plaintiff is requesting to have false charges permanently removed from her work record, punitive and compensatory damages for defamation. The Plaintiff is also seeking injunction to end hostile work environment and discrimination.

5. The Plaintiff claims that on August 10, 2015 the defendant wrote a false report and issued her a written oral record for leaving a mess between two conveyor belts. The Plaintiff is claiming that the report is false. The Plaintiff alleges discrimination based on gender discrimination and retaliation. The Plaintiff is seeking compensatory and punitive damages for defamation. The Plaintiff is asking that harassment be stopped.

6. The Plaintiff claims that on Wednesday December 9, 2015 she was suspended for insubordination (three-day suspension). The Defendant claimed that the Plaintiff failed to fill out sick leave notice. The Plaintiff claims that this is based on retaliation, and hostile work environment and gender discrimination. The Plaintiff is asking that an injunction be issued to stop discrimination and hostile working conditions. The Plaintiff is seeking compensatory and punitive damages.

7. The Plaintiff claims that she was suspended on April 5, 2016 (five-day suspension) for failure to fill out an Unexcused Absent Report. The Plaintiff claims that the basis for retaliation and discrimination is based on hostile working environment and gender discrimination. The Plaintiff is asking that an injunction be issued to end discrimination and hostile work environment.

8. The Plaintiff claims that on October 9, 2015, she was forced to work in unsafe working conditions and threatened with termination if she didn't. Plaintiff alleges discrimination based on gender discrimination and hostile work environment. The plaintiff is seeking injunction to end hostile work environment and gender discrimination.

9. The Plaintiff claims that on or around January 2016 she was threatened with disciplinary action if she didn't fill out Safety Training Session paperwork about the dangers of Hazardous Atmospheres. Plaintiff alleges discrimination based on hostile work environment. Plaintiff is requesting an injunction be issued to end hostile work environment and discrimination.

10. Plaintiff claims that June 2016 and June 2017 she was given an annual overall evaluation. Plaintiff states that the annual evaluations claimed she did not meet standards. The Plaintiff alleges that the evaluation was discrimination based on retaliation and hostile work environment. The Plaintiff seeks that evaluation be changed to meets standards and that all retaliation and hostile work environment be stopped. The Plaintiff is asking for compensatory and punitive damages.

11. Plaintiff claims that she was forced to work in unsafe working conditions during November 2015 and December 2015. The Plaintiff alleges discrimination based on hostile working conditions and retaliation. The Plaintiff is asking that the hostile working conditions and gender discrimination be ended. The Plaintiff is seeking punitive and compensatory damages.

12. The Plaintiff claims that she was denied time off on or around March 2016. The Plaintiff alleges that this is discrimination based on gender discrimination, and retaliation. The

Plaintiff is seeking that the discrimination be ended. The Plaintiff seeks compensatory and punitive damages.

13. The Plaintiff claims that around November 2015 she was denied a transfer from the hostile work environment. The Plaintiff alleges that this is discrimination based on retaliation. The Plaintiff is seeking compensatory and punitive damages.

## **SUMMARY**

The Plaintiff is requesting that an injunction be placed to end the hostile work environment that she has been subjected to. The Plaintiff is asking that retaliation be added to her complaint. Plaintiff is seeking relief in the form of an injunction, compensatory and punitive damages.

Tia Taylor

2507 W. 46th street #2

Chicago Illinois 60632

(312) 282-7808