**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Tia Taylor,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 15-cv-7855** |
| | ) | **Judge Robert M. Dow, Jr.** |
| **Metropolitan Water Reclamation** | ) | |
| **District of Greater Chicago,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR RULING  PURSUANT TO FRCP 52(a) AND RULE 58**

Defendant, Metropolitan Water Reclamation District of Greater Chicago ("MWRD"), by

Susan T. Morakalis, its General Counsel, respectfully moves this Court for a ruling pursuant to

Federal Rule of Civil Procedure 52(a) followed by judgment entered in its favor under Rule 58. In

support of its motion, MWRD states as follows:

1.      This case proceeded to an 11-day bench trial occurring on August 30, 2021, September 1-

3, 13-17, 2021, November 8, 2021, and concluding on December 20, 2021.

2.      On January 3, 2023, the Court entered an order stating:

> "Accordingly, the case will proceed to final briefing on the following schedule: Each side
> is directed to file opening trial summation briefs with citations to the transcript and
> Defendant is directed to file its response brief to Plaintiff's motion for sanctions no later
> than March 3, 2023; Each side is directed to file reply summation briefs with citations to
> the transcript and Plaintiff is directed to file her reply brief in support of her motion for
> sanctions no later than April 14, 2023. Notice of motion date of 1/4/2023 is stricken and
> no appearances are necessary on that date."  (Dkt. #288)

3.      In accordance with the Court's order, on March 3, 2023 MWRD filed both "Defendant's

Response In Opposition to Plaintiff's Motion for Sanctions Pursuant to Rule 37" (Dkt. #313) and

"Defendant's Proposed Findings of Fact and Conclusions of Law." (Dkt. #314)

4.      Ms. Taylor failed to file her opening trial summation brief on the March 3, 2023 deadline,

nor has she filed her brief as of the filing of this motion.

5.      On March 15, 2023 MWRD emailed Ms. Taylor requesting that she advise on the status of

her trial summation brief. See Exhibit A, attached email communication.    Ms. Taylor did not

respond.

6.      Federal Rule of Civil Procedure Rule 52(a)(1), "Findings and Conclusions by the Court,"

states:

> "*In General.* In an action tried on the facts without a jury or with an advisory jury, the
> court must find the facts specially and state its conclusions of law separately. The findings
> and conclusions may be stated on the record after the close of the evidence or may appear
> in an opinion or a memorandum of decision filed by the court. Judgment must be entered
> under Rule 58."

7.      The Court granted both parties a lengthy briefing schedule for filing opening trial

summation briefs. Ms. Taylor's failure to comply with the Court's scheduling Order warrants

moving this long standing litigation to a decision on the merits even without Ms. Taylor's brief.


### RELIEF REQUESTED

WHEREFORE, Defendant Metropolitan Water Reclamation District of Greater Chicago

requests this Court to consider Defendant's Proposed Findings of Fact and Conclusions of law and

enter a ruling on the merits pursuant to Federal Rule of Civil Procedure 52(a) followed by judgment

entered in its favor under Rule 58.

METROPOLITAN WATER RECLAMATION
DISTRICT OF GREATER CHICAGO

s/Susan T. Morakalis
Susan T. Morakalis, General Counsel

Metropolitan Water Reclamation
District of Greater Chicago
Susan T. Morakalis /James B. Murray, Jr./Elizabeth J. Fragale/Emily C. Zapotocny
100 East Erie Street, 3rd floor, Law Department
Chicago, Illinois  60611
(312) 751-6650
JBM:EJF:ECZ:jb